THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   (415) 674-8600
Facsimile:    (415) 674-9900

Attorney for Plaintiffs
MARSHALL LOSKOT and
YVONNE WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT; and YVONNE WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> LA COCINA ECONOMICA; WARREN NELSON; NANCY NELSON; and CHRISTOPHER DIGIOVANNA, an individual dba LA COCINA ECONOMICA, <br><br> Defendants. | CASE NO. 2:14-CV-01579-WBS-CMK <br><br> **ORDER** |

**ORDER**

**IT IS HEREBY ORDERED** that the Scheduling Conference set for March 2, 2015, at 2:00 p.m. is vacated and/or continued to **May 26, 2015 at 2:00 p.m.**  The parties shall file a Joint Status Report no later than **May 12, 2015.**

DATED:  February 17, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                                                            CASE   NO. 2:14-cv-01579-WBS-CMK