THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:              415/444-5800
Facsimile:               415/674-9900
tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs
MARSHALL LOSKOT
and YVONNE WILLIAMS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT; and YVONNE WILLIAMS,
    Plaintiffs,

v.

LA COCINA ECONOMICA; WARREN NELSON; NANCY NELSON; and CHRISTOPHER DIGIOVANNA, an individual dba LA COCINA ECONOMICA,
    Defendants.

CASE NO. 2:14-CV-01579-WBS-CMK

**ORDER RE STIPULATION OF DISMISSAL**

# ORDER

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice pursuant to Fed.R.Civ.P.41(a)(2).

Dated: July 17, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL CASE NO. 2:14-CV-01579-WBS-CMK